United States District Court
Southern District of Texas
FILED

JUL 0 1 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BEATRIZ AZNAR | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. **B-02-134** |
| | § | |
| WAL-MART STORES, INC. | § | |
| and SPACELABS MEDICAL, INC. | § | |

## NOTICE OF REMOVAL

COMES NOW, SPACELABS MEDICAL, INC., a Defendant in the State Court Action **Cause No. 2002-05-2160-E** and files this its Notice of Removal from the 357th Judicial District Court, Cameron County, Texas, in which it is now pending, to the District Court of the United States for the Southern District of Texas, Brownsville Division, with the specific consent and joinder by Defendant Wal-Mart Stores, Inc., and respectfully shows unto the Court the following:

### PARTIES

1.    This notice of removal is filed by Defendant, Spacelabs Medical, Inc.

2.    This notice of removal is with the specific consent and joinder of Defendant Wal-Mart Stores, Inc.

3.    Plaintiff, Beatriz Aznar, is a domiciliary of the Republic of Mexico.

4.    Defendant, Spacelabs Medical, Inc. is incorporated under the laws of the State of California, and its principal place of business is in the State of Washington.

5.    Defendant, Wal-Mart Stores, Inc. is incorporated under the laws of the State of Delaware, and its principal place of business is in the State of Arkansas.

### JURISDICTION AND VENUE

6.    The matter in controversy by the Plaintiff and the Defendants in said suit is

monetary in character. Although the Plaintiff's Original Petition does not set out a specific amount sought, if the damages prayed for were proven and sustained they could support an award in excess of $75,000.00.

7.    This Court has original diversity jurisdiction under 28 U.S.C. §1332(a)(2).

8.    This Court has removal jurisdiction under 28 U.S.C. §1441(a).

9.    In accordance with 28 U.S.C. §1446(b) this Petition is timely filed.

10.   Venue is proper under 28 U.S.C. 1441(a).

## FACTUAL BACKGROUND

11.   This suit is a Civil Action, in which the District Courts of the United States have original jurisdiction; the same being brought by the Plaintiff to recover damages for the personal injuries she allegedly incurred when a blood pressure machine allegedly fell on her.

12.   Specifically, Plaintiff asserts that while she was at the Wal-Mart Store in Brownsville, Texas, a blood pressure machine fell against her, causing her injury.

13.   Plaintiff filed her action on May 28, 2002, in the 357th Judicial District Court of Cameron County, Texas.

14.   Defendant, Spacelabs Medical, Inc. was served on June 3, 2002.

15.   Defendant, Wal-Mart Stores, Inc. was served on June 3, 2002.

## STATE COURT DOCUMENTS ATTACHED

16.   A copy of the "Notice of Removal to Federal Court" filed in the State Court is attached as Exhibit "A".

17.   All documents required by local rule 3(K) are attached as Exhibit "B".

## CONSENT OF WAL-MART STORES, INC. TO REMOVAL

18.   Attached hereto as Exhibit "C" is the consent and joinder of Defendant Wal-Mart

Stores, Inc. in this Notice of Removal and Removal.

## PRAYER

19.   The Defendant prays that the State Court action be removed to this Court.

20.   The Defendant prays that the State Court action proceed no further unless and

until this case is remanded.  See 28 U.S.C. §1446(d)

21.   A copy of this Notice of Removal will be promptly filed with the clerk of the State

Court.

Dated:   July ____, 2002.

Respectfully submitted,

ATLAS & HALL, L.L.P.
P. O. Drawer 3725
818 Pecan
McAllen, Texas 78502-3725
Telephone:  (956) 682-5501
Telecopier: (956) 686-6901

By: _____
      Mike Mills
      SBN: 14163500
      USDC# 1211

ATTORNEY DEFENDANT
SPACELABS MEDICAL, INC.

3

## CERTIFICATE OF SERVICE

I, Mike Mills, do hereby certify on this 1st day of July, 2002, the above and foregoing document has been mailed, via certified mail, return receipt requested, to:

Peter M. Zavaletta
THE ZAVALETTA LAW FIRM
603 E. St. Charles Street
Brownsville, Texas 78520

Jaime Drabek
DRABEK & ASSOCIATES, P.C.
1720 E. Harrison, Suite B
Harlingen, Texas 78550

By permission

Mike Mills

4

CAUSE NO. 2002-05-2160-E

| | | |
|---|---|---|
| BEATRIZ AZNAR | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | CAMERON COUNTY, TEXAS |
| | § | |
| WAL-MART STORES, INC. | § | |
| and SPACELABS MEDICAL, INC. | § | 357TH JUDICIAL DISTRICT COURT |

## <u>NOTICE OF REMOVAL</u>

TO:    The 357th Judicial District Court of Cameron County, Texas, and Beatriz Aznar, by and through her attorney of record.

**PLEASE TAKE NOTICE** that the attached Notice of Removal (Without Exhibits) of Defendant Spacelabs Medical, Inc., is attached hereto as Exhibit "A", which removes this case to the United States District Court for the Southern District of Texas, Brownsville Division, and was filed on July 1, 2002.

Pursuant to 28 U.S.C. 21 § 1446(d), the State Court shall proceed no further unless this case is remanded.

Respectfully submitted,

ATLAS & HALL, L.L.P.
P. O. Drawer 3725
McAllen, Texas 78502
Tel. (956) 682-5501
Fax  (956) 686-6109

By: _____
Mike Mills
State Bar No. 14163500
ATTORNEYS FOR DEFENDANT



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document has been mailed, certified mail, return receipt requested, to all counsel of record on this 1st day of July, 2002.

Peter M. Zavaletta
THE ZAVALETTA LAW FIRM
603 E. St. Charles Street
Brownsville, Texas 78520

Jaime Drabek
DRABEK & ASSOCIATES, P.C.
1720 E. Harrison, Suite B
Harlingen, Texas 78550

by permission

Mike Mills

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

BEATRIZ AZNAR                          §
                                       §
VS.                                    §        CIVIL ACTION NO. **B-02.134**
                                       §
WAL-MART STORES, INC.                  §
and SPACELABS MEDICAL, INC.            §

## DEFENDANT'S INDEX OF MATTERS BEING FILED

Defendant SPACELABS MEDICAL, INC. submits this Index of Matters Being Filed,

pursuant to Local Rule 3(K) of the United States District Court for the Southern District of

Texas, Brownsville Division. Pursuant to that Local Rule, the following items are being filed

with this Notice of Removal filed by Defendant.

1.      A copy of the green card showing service of process on Defendant
        Spacelabs Medical, Inc. on June 3, 2002.

2.      A copy of the green card showing service of process on Defendant Wal-Mart
        Stores, Inc. on June 3, 2002.

3.      Copies of all pleadings that assert causes of action and answers to such
        pleadings as follows:

        a.      Plaintiff's Original Petition

        b.      Defendant Spacelabs Medical, Inc.'s Original Answer.

        c.      Defendant Wal-Mart Stores, Inc.'s Original Answer.

        d.      Defendant Wal-Mart Stores, Inc.'s Request for Jury Trial.

4.      There have been no orders signed by the State Judge.

5.      A copy of the State District Court docket sheet.



6.      The attorneys and parties they represent are as follows:

7.          Plaintiff:

            Peter M. Zavaletta
            THE ZAVALETTA LAW FIRM
            603 E. St. Charles Street
            Brownsville, Texas 78520

8.          Defendant Spacelabs Medical, Inc.:

            Mike Mills
            ATLAS & HALL, L.L.P.
            P.O. Box 3725
            818 Pecan
            McAllen, Texas 78502

9.          Defendant Wal-Mart Stores, Inc.:

            Jaime Drabek
            DRABEK & ASSOCIATES, P.C.
            1720 E. Harrison, Suite B
            Harlingen, Texas 78550

Dated this 1st day of July, 2002.

                        Respectfully submitted,

                        ATLAS & HALL, L.L.P.
                        P. O. Drawer 3725
                        McAllen, Texas 78502
                        Tel. (956) 682-5501
                        Fax  (956) 686-6109


                        By: _____ by permission am
                            Mike Mills
                            State Bar No. 14163500
                            USDC #1211
                            ATTORNEYS FOR DEFENDANT
                            SPACELABS MEDICAL, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document has been mailed, certified mail, return receipt requested, to all counsel of record on this 1st day of July, 2002.

Peter M. Zavaletta
THE ZAVALETTA LAW FIRM
603 E. St. Charles Street
Brownsville, Texas 78520

Jaime Drabek
DRABEK & ASSOCIATES, P.C.
1720 E. Harrison, Suite B
Harlingen, Texas 78550

_____
Mike Mills

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SPACELABS MEDICAL, INC.
REGISTERED AGENT
C.T. CORPORATION SYSTEM
350 N. ST. PAUL STREET
DALLAS, TEXAS 75201

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X *Jennifer S. Buedinger*
☐ Agent
☐ Addressee

B. Received by ( *Printed Name* )     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

RECEIVED JUN 0 3 2002

3. Service Type
☒ Certified Mail     ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? ( *Extra Fee* )     ☐ Yes

2. Article Number
   *(Transfer from service label)*     7000 0041 8-

PS Form 3811, August 2001          Domestic Return Receipt          102595-01-M-0381

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7000 0520 0017 0590 4184

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Recipient's Name (Please Print Clearly) (To be completed by mailer)
C.T. CORPORATION SYSTEM
Street, Apt. No.; or PO Box No.
350 N. ST. PAUL STREET
City, State, ZIP+4
DALLAS, TEXAS 75201

PS Form 3800, February 2000          See Reverse for Instructions

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WAL-MART STORES, INC.
REGISTERED AGENT
CORPORATION SERVICES COMPANY
800 BRAZOS SUITE 750
AUSTIN, TEXAS 78701

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X *Harrison Horn*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  Courier Depot   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

   0 3 JUN

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)   1700 0101053

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-0381



U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7000 0520 0017 0090 1053

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Recipient's Name (Please Print Clearly) (To be completed by mailer)
CORPORATION SERVICES COMPANY
Street, Apt. No.; or PO Box No.
800 BRAZOS SUITE 750
City, State, ZIP+4
AUSTIN, TEXAS 78701

PS Form 3800, February 2000    See Reverse for Instructions

CAUSE NO: _2002-05-2160-E_

| | | |
|---|---|---|
| BEATRIZ AZNAR | § | IN THE DISTRICT COURT OF |
| *Plaintiff* | | |
| vs. | § | CAMERON COUNTY, TEXAS |
| | | FILED __ O'CLOCK __ M |
| | | AURORA DE LA GARZA DIST CLERK |
| WAL-MART STORES, Inc. | | MAY 28 2002 |
| *Jointly & Severally With* | | |
| SPACELABS MEDICAL, Inc. | | 357th JUDICIAL DISTRICT COURT OF CAMERON COUNTY |
| *Defendants* | § | |

PLAINTIFF's ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW BEATRIZ AZNAR, Plaintiff in the above-styled, and by way of cause of action would show the court and jury as follows:

I. DISCOVERY CONTROL PLAN

1.0    Plaintiffs intend to conduct discovery pursuant to a Level 2 discovery control plan.

II. PARTIES

2.0    Plaintiff is an individual who resides in the Republic of Mexico.

2.1    Defendant WAL-MART STORES, Inc. is believed to be a corporation upon whom citation and process may be served by certified mail, return receipt requested through its registered agent for service CORPORATION SERVICES COMPANY, 800 Brazos Suite 750, Austin, Texas 78701.

2.2    Defendant SPACELABS MEDICAL, Inc. is believed to be a corporation upon whom citation and process may be served by certified mail, return receipt requested, through its registered agent for service C.T. CORPORATION SYSTEM, 350 N. Paul Street, Dallas, Texas 75201.

2.3    At all times pertinent hereto, Defendants (and perhaps other defendants and/or later named defendants) were engaged in a partnership, joint venture, joint enterprise, or other common endeavor

at the time of the occurrence made the basis of this suit. As a result, they are jointly and severally liable to Plaintiffs for all damages.

## III. JURISDICTION AND VENUE

3.0     This court possesses subject matter jurisdiction because the amount in controversy exceeds the court's jurisdictional minimum. Moreover, venue is proper in Cameron County, Texas because the acts and omissions giving rise to this suit occurred in Cameron County, Texas.

## IV.

4.0     This case arises from an incident that occurred on February 17, 2002, when Plaintiff - then and for all times pertinent hereto - was an invitee on store premises owned and/or operated by Defendant, suffered serious, permanent and debilitating injuries as a result of a blood pressure machine having fallen on her. Said machine was designed and/or manufactured and/or owned and/or distributed and/or marketed and/or installed and/or placed by Defendant SPACELABS MEDICAL, Inc. at the Wal-Mart store in Brownsville, Texas owned and/or operated by Defendant WAL-MART STORES, Inc. The evidence will show that this incident and the resultant injuries suffered by Plaintiff were caused by the defendants' negligence.

## V.

5.0     As a direct and proximate result of the Defendants' negligence, Plaintiff has suffered damages in an amount that exceed this court's jurisdictional minimum, and which include but are not limited to damages for medical care, damages for pain and suffering, damages for mental anguish, damages for physical impairment, loss of household services, loss of consortium as well as a loss of earning capacity. Plaintiff also seeks to recover prejudgment interest, post-judgment interest and court costs.

WHEREFORE PREMISES CONSIDERED, Plaintiff prays that citation be issued, that Defendants be served, and that Plaintiff recover from Defendants her actual damages, together with court costs, prejudgment interest and postjudgment interest.

Respectfully Submitted,

THE ZAVALETTA LAW FIRM
603 E. St. Charles Street
Brownsville, Texas 78520
Telephone  (956) 546-5567
Facsimile    (956) 541-2205
ATTORNEYS FOR PLAINTIFF

By:_____

   PETER M. ZAVALETTA
   State Bar No. 22251600

CAUSE NO. 2002-05-2160-E

| | | |
|---|---|---|
| BEATRIZ AZNAR | § | IN THE DISTRICT COURT OF . |
| | § | |
| VS. | § | CAMERON COUNTY, TEXAS |
| | § | |
| WAL-MART STORES, INC. | § | |
| and SPACELABS MEDICAL, INC. | § | 357TH JUDICIAL DISTRICT COURT |

**ORIGINAL ANSWER OF SPACELABS MEDICAL, INC.**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES SPACELABS MEDICAL, INC., a Defendant in the above entitled and numbered cause, and files this its Original Answer in reply to Plaintiff's Original Petition on file herein, and for such answer would respectfully show unto the Court the following:

I.

Reserving the right to file other and further pleadings, exceptions and denials, this Defendant denies each and every material allegation contained in Plaintiff's Original Petition and demands strict proof thereof in accordance with the laws and the Rules of Civil Procedure of the State of Texas.

WHEREFORE, PREMISES CONSIDERED, Defendant SPACELABS MEDICAL, INC. prays that Plaintiff take nothing and that this Defendant go hence with its costs without day.

Respectfully submitted,

ATLAS & HALL, L.L.P.
P. O. Drawer 3725
McAllen, Texas 78502
Tel. (956) 682-5501
Fax (956) 686-6109

By: _____
Mike Mills
State Bar No. 14163500

ORIGINAL ANSWER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document has been mailed, certified mail, return receipt requested, to all counsel of record on this 21ST day of June, 2002.

Peter M. Zavaletta
THE ZAVALETTA LAW FIRM
603 E. St. Charles Street
Brownsville, Texas 78520

_____
Mike Mills

CAUSE NO. 2002-05-2160-E

JUN 25 2002

DISTRICT COURT OF CAMERON COUNTY, TEXAS
DEPUTY

| BEATRIZ AZNAR | § | IN THE DISTRICT COURT |
| Plaintiff | § | |
| | § | |
| vs. | § | CAMERON COUNTY, TEXAS |
| | § | |
| WAL-MART STORES, INC., | § | |
| Jointly & Severally With | § | |
| SPACELABS MEDICALS, INC. | § | |
| Defendants | § | 357th JUDICIAL DISTRICT |

## DEFENDANT WAL-MART STORES, INC.'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **WAL-MART STORES, INC.**, Defendant in the above styled and numbered cause of action and files this their Original Answer to Plaintiff's Original Petition and would respectfully show unto the Court as follows:

I.

Subject to such stipulations as may hereafter be made, Defendant asserts a general denial as is authorized by Rule 92 of the Texas Rules of Civil Procedure, and Defendant respectfully request that Plaintiff be required to prove her charges and allegations against Defendant by a preponderance of the evidence as is required by the Constitution and laws of the State of Texas.

II.

For further answer herein, if such be necessary, Defendant alleges that the acts of Plaintiff, in failing to use ordinary care for her safety, was fifty-one (51%) percent of the

#00399/Aznar v. WM/Pleadings

ORIGINAL ANSWER

cause of the alleged injuries, if any, or, in the alternative, that she was the sole cause.

III.

By way of further affirmative defense, Defendant would show that the acts, actions and/or injuries of which the Plaintiff complains were caused, not by the Defendant but by the negligence, and/or intentional acts of third parties over whom said Defendant had no control and for whose acts Defendant cannot be liable. Accordingly, at trial, Defendant respectfully submit that it is entitled to jury instructions and interrogatories regarding such third-party acts and the jury's consideration of the same.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that it be released, discharged and acquitted of the charges filed against it, that Plaintiffs take nothing by reason of this suit, and for such other and further relief to which Defendant may be justly entitled and for which it will forever pray.

Respectfully submitted,

**DRABEK & ASSOCIATES**
1720 E. Harrison, Suite B
Harlingen, Texas 78550
956/428-4544 Telephone
956/428-4880 Facsimile

JAIME A. DRABEK
State Bar No. 06102410
*ATTORNEYS FOR DEFENDANT*
*WAL-MART STORES, INC.*

#00399/Aznar v. WM/Pleadings

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all interested parties of record by certified mail, return receipt requested, on this the ___7th___ day of June, 2002, to-wit:

Mr. Peter M. Zavaletta          <u>CMRRR# 7001-1940-0003-1459-9393</u>
**The Zavaletta Law Firm**
603 E. St. Charles Street
Brownsville, Texas   78520


Jaime A. Drabek

#00399/Aznar v. WM/Pleadings

## CAUSE NO. 2002-05-2160-E

| | | |
|---|---|---|
| **BEATRIZ AZNAR** | § | **IN THE DISTRICT COURT** |
| **Plaintiff** | § | |
| | § | |
| **vs.** | § | **CAMERON COUNTY, TEXAS** |
| | § | |
| **WAL-MART STORES, INC.,** | § | |
| **Jointly & Severally With** | § | |
| **SPACELABS MEDICALS, INC.** | § | |
| **Defendants** | § | **357th JUDICIAL DISTRICT** |

### DEFENDANTS WAL-MART STORES, INC.'S
### REQUEST FOR JURY TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **WAL-MART STORES, INC.**, Defendant in the above styled and numbered cause of action and request that a jury trial be held on said cause. A jury fee in the amount of $30.00 has been paid to the Cameron County District Clerk's office.

Respectfully submitted,

**DRABEK & ASSOCIATES**
1720 E. Harrison, Suite B
Harlingen, Texas 78550
956/428-4544 Telephone
956/428-4880 Facsimile

JAIME A. DRABEK
State Bar No. 06102410
*ATTORNEYS FOR DEFENDANT*
*WAL-MART STORES, INC.*

#00399/Aznar v. WM/Pleadings

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all interested parties of record by certified mail, return receipt requested, on this the _____7th_____ day of June, 2002, to-wit:

Mr. Peter M. Zavaletta                 <u>**CMRRR# 7001-1940-0003-1459-9393**</u>
**The Zavaletta Law Firm**
603 E. St. Charles Street
Brownsville, Texas   78520


Jaime A. Drabek

#00399/Aznar v. WM/Pleadings

RUN DATE 06/26/02
RUN TIME 1:18 PM

PAGE: 01

2002-05-002160-B    05    28    02

30.00

* * * * C L E R K ' S   E N T R I E S * * * *

BEATRIZ AZNAR

VS

WAL-MART STORES, INC. JOINTLY & SEVERALLY WITH SPA

00039001
HON. PETER M. ZAVALETTA
603 E. ST. CHARLES
BROWNSVILLE, TEXAS          78520 0000

00000718
HON. MIKE MILLS
P.O. BOX 3725
MCALLEN, TX               78502 3725

(10)

DAMAGES/NEGLIGENCE

DRABEK & ASSOCIATES

05/28/02  ORIGINAL PETITION FILED
05/29/02  CITATION (CM): WAL-MART STORES, INC.
05/29/02       SERVED: 06/03/02       FILED: 06/12/02
05/29/02  CITATION (CM): SPACELABS MEDICAL, INC.
05/29/02       SERVED: 06/03/02       FILED: 06/10/02
06/12/02  CERTIFICATE OF WRITTEN DISCOVERY GM/MV
06/21/02  ORIGINAL ANSWER: SPACELABS MEDICAL,
          INC.
06/25/02  ORIGINAL ANSWER: WAL-MART STORES, INC.
06/25/02  JURY FEE: Pd. by HON. JAIME A. DRABEK
06/25/02  CERTIFICATE OF WRITTEN
          DISCOVERY/GMedrano

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

BEATRIZ AZNAR                    §
                                 §         **B-02-134**
VS.                              §
                                 §    CIVIL ACTION NO. _____
                                 §
WAL-MART STORES, INC.            §
and SPACELABS MEDICAL, INC.      §

## DEFENDANT WAL-MART STORES, INC.'S NOTICE OF CONSENT TO REMOVAL

NOW COMES, Defendant WAL-MART STORES, INC., and files this its Consent

to Removal under 28 U.S.C. §1446(b) and would respectfully show unto the Court the

following:

1.    Defendant was served with this suit on June 3, 2002.

2.    On July _1_, 2002, Defendant SPACELABS MEDICAL, INC. filed a notice

of removal to federal court.

3.    Defendant WAL-MART STORES, INC. agrees with the notice of removal and

consents to removal of this action to federal court.

Respectfully submitted,

DRABEK & ASSOCIATES, P.C.
1720 E. Harrison, Suite B
Harlingen, Texas 78550
Phone: (956) 428-4544
Fax: (956) 428-4880

By: _____
     Jaime Drabek
     SBN: 06102410
     Federal ID No.

ATTORNEY FOR WAL-MART STORES,
INC.

