IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| BEATRIZ AZNAR § | |
| § | |
| VS. § | CIVIL ACTION NO. B-02-134 |
| § | |
| WAL-MART STORES, INC. § | |
| and SPACELABS MEDICAL, INC. § | |

United States District Court
Southern District of Texas
FILED

JUL 17 2002

Michael N. Milby
Clerk of Court

## CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

TO THE HONORABLE UNITED STATES JUDGE:

NOW COMES SPACELABS MEDICAL, INC., a Defendant in the above entitled and numbered cause, and makes this its Certificate of Financially Interested Parties, and would show onto the Court the following:

I.

Defendant Aznar Spacelabs, Inc. is aware of the following financially interested parties:

1. Instrumentarium Corporation

2. Spacelabs Medical, Inc.

Dated this 16th day of July, 2002.

Respectfully submitted,

ATLAS & HALL, L.L.P.
P. O. Drawer 3725
McAllen, Texas 78502
Tel. (956) 682-5501
Fax (956) 686-6109

By: _____
Mike Mills
State Bar No. 14163500
USDC #1211

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document has been mailed, certified mail, return receipt requested, to all counsel of record on this 16th day of July, 2002.

Peter M. Zavaletta
THE ZAVALETTA LAW FIRM
603 E. St. Charles Street
Brownsville, Texas 78520

Jaime Drabek
DRABEK & ASSOCIATES, P.C.
1720 E. Harrison, Suite B
Harlingen, Texas 78550

_____
Mike Mills