IN THE UNITED DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 3 0 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BEATRIZ AZNAR | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-02-134 |
| | § | |
| WAL-MART STORES, INC., | § | |
| and SPACELABS MEDICAL, INC. | § | |
| Defendants | § | |

## CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

1. Plaintiff

   Beatriz Aznar

2. Defendant

   <u>Wal-Mart Stores, Inc.</u>

DATED this 26th day of July, 2002.

                                       Respectfully submitted,

                                       **DRABEK & ASSOCIATES**
                                       1720 E. Harrison, Suite B
                                       Harlingen, Texas 78550
                                       210/428-4544 Telephone
                                       210/428-4880 Facsimile

                                       */s/ Jaime A. Drabek*
                                       JAIME A. DRABEK
                                       Fed. I.D. No. 8643
                                       State Bar No. 06102410
                                       *Counsel for Defendant*
                                       *Wal-Mart Stores, Inc.*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record by certified mail, return receipt requested, on this the ___26th___ day of July, 2002, to-wit:

| | |
|---|---|
| Mr. Peter M. Zavaletta<br>**The Zavaletta Law Firm**<br>603 E. St. Charles Street<br>Brownsville, Texas   78520 | **Via Regular Mail** |
| Mr. Mike Mills<br>Atlas & Hall, L.L.P.<br>P. O. Drawer 3725<br>McAllen, Texas   78502 | **Via Regular Mail** |

_____
Jaime A. Drabek