IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BEATRIZ AZNAR | § § § | |
| vs. | § § § | CIVIL ACTION NO. B-02-134 |
| WAL-MART STORES, Inc. & SPACELABS MEDICAL, Inc. | § § | |

PLAINTIFF'S INDEX OF MATTERS BEING FILED

Plaintiff BEATRIZ AZNAR submits this INDEX OF MATTERS BEING FILED, pursuant to Local Rule 3(k) of the United States District Court for the Southern District of Texas, Brownsville Division. Pursuant to Local Rule, the following items are being filed along with PLAINTIFF's REPLY TO DEFENDANT SPACELABS MEDICAL, Inc.'s ("SPACELABS") RESPONSE TO PLAINTIFF's MOTION TO REMAND:

1.   Affidavit of Peter M. Zavaletta

　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　THE ZAVALETTA LAW FIRM
　　　　　　　　　　　　　　　　603 E. St. Charles Street
　　　　　　　　　　　　　　　　Brownsville, Texas 78520
　　　　　　　　　　　　　　　　Telephone  (956) 546-5567
　　　　　　　　　　　　　　　　Facsimile   (956) 541-2205
　　　　　　　　　　　　　　　　ATTORNEY FOR PLAINTIFFS

　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　PETER M. ZAVALETTA
　　　　　　　　　　　　　　　　　　State Bar No. 22251600
　　　　　　　　　　　　　　　　　　Federal Id. No. 7582

CERTIFICATE OF SERVICE

I, PETER M. ZAVALETTA, do hereby certify on this the 8TH day of August 2002 the above and foregoing document has been mailed, certified mail, return receipt requested to:

Mr. Mike Mills
ATLAS & HALL, L.L.P.
P.O. Drawer 3725
McAllen, Texas 78502-3725
ATTORNEY FOR DEFENDANT SPACELABS MEDICAL, Inc.

Mr. Jamie Drabek
DRABEK & ASSOCIATES, Inc.
1720 E. Harrison Suite B
Harlingen, Texas 78550
ATTORNEY FOR DEFENDANT WAL-MART STORES, Inc.

_____
PETER M. ZAVALETTA

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BEATRIZ AZNAR | § § § | |
| vs. | § | CIVIL ACTION NO. B-02-134 |
| | § § | |
| WAL-MART STORES, Inc. & SPACELABS MEDICAL, Inc. | § § | |

AFFIDAVIT OF PETER M. ZAVALETTA

| | |
|---|---|
| STATE OF TEXAS | § |
| COUNTY OF CAMERON | § |

BEFORE ME THE UNDERSIGNED AUTHORITY on this the 8TH day of August 2002 personally appeared PETER M. ZAVALETTA, known to me to be the person whose name is signed and subscribed below and who, after being duly sworn, deposed under oath as follows:

"My name is Peter M. Zavaletta. I am over the age of 18 years, am of sound mind, have never been convicted of a crime or felony, and am otherwise capable of making this affidavit. All of the facts contained herein are true and correct and are based on my personal knowledge or direct knowledge acquired as attorney for Beatriz Aznar. This affidavit is made without waiver of the attorney-client relationship between me and Beatriz Aznar.

"On the morning of July 15, 2002, I telephoned Mr. Mike Mills, counsel for defendant SPACELABS MEDICAL, Inc., at his law office in McAllen. My call was answered by an individual who, after I asked for Mr. Mills, informed me that he had a client in his office, had 3 others waiting for him, and would I like his voicemail? I responded 'Yes I would.'

"In the voicemail, I apprised Mr. Mills of my intent to file a MOTION TO REMAND in the case, on the grounds that I didn't believe he had proven the requisite amount in controversy. I was willing to confer with him regarding this and asked that he call me back.

"A short time later that morning, Mr. Mills returned my call, and by his words it was my impression that he understood the grounds I would urge in support of remand. He asked me if I was willing to stipulate that I wouldn't seek damages greater than $75,000. I directly replied, 'No I won't and that is not the standard.' We ended the conversation agreeing that I would indicate in the certificate of conference that the motion was opposed.

FURTHER THE AFFIANT DEPOSETH NOT.

_____
PETER M. ZAVALETTA

SUBSCRIBED AND SWORN TO BEFORE ME the undersigned authority on this the __8__ day of __August__ 2002 to certify which witness my official hand and seal.

_____
Notary Public in and for The State of Texas

My Commission Expires: 6/15/05



BERENICE E TREVINO
NOTARY PUBLIC
State of Texas
Comm. Exp. 06-05-2005